# EXHIBIT B

**Portus Singapore Pte Ltd. v. Tonal**
**Infringement Chart for U.S. Patent No. 8,914,526**

| U.S. Patent No. 8,914,526 | Tonal |
|---|---|
| 57. A system for remote access of user premises networks located in respective user premises, said system comprising: | Tonal Systems, Inc. provides a system (Tonal's intelligent system) for remote access of user premises networks located in respective user premises.<br><br> Tonal home gym equipment deployed within a home (user premises) and connected to Tonal services for remote monitoring of the home gym equipment.( for remote access of user premises networks located in respective user premises).<br><br><br><br>Source: https://tonal.com/pages/equipment-overview<br><br> During August 2018, Tonal 1is Officially Launched. |

| U.S. Patent No. 8,914,526 | **Tonal** |
| --- | --- |
| |  Source: https://techcrunch.com/2018/08/16/tonal-launches-at-home-digital-strength-training-system/ <br><br> **TONAL PRIVACY POLICY 2020** <br><br> *Last Updated:* July 21st, 2020 <br><br> Tonal Systems, Inc. wants you to be familiar with how we collect, use and disclose information. This Privacy Policy describes our practices in connection with information that we collect: <br><br> • Through our website at tonal.com (the **"Site"**), <br> • Through the fitness equipment made available by us for your use in workouts (the **"Equipment"**), <br> • Through the software applications made available by us for use on or through computers and mobile devices (the **"Apps"**), |

| U.S. Patent No. 8,914,526 | **Tonal** |
|---|---|
| | Source: https://tonal.com/pages/2020-privacy-policy<br><br><br><br>**TONAL APP PUTS POWER IN YOUR HANDS**<br><br>Take Tonal with you on the go. Tonal's companion app makes it easy to browse and watch hundreds of guided workouts and programs, review detailed metrics from every workout, track your progress over time, and even create your own custom workouts.<br><br><br><br>Source: https://tonal.com/pages/mobile |
| [57A] a first network (a) located external to said user premises, (b) including a first arrangement of processing circuitry comprising at least one hardware processor programmed to control network access, and (c) including a hardware user access browser device that comprises a processor running an access browser; and | The system includes a first network (Tonal cloud services network)  located external to said user premises; including a first arrangement of processing circuitry comprising at least one hardware processor programmed to control network access ((Tonal cloud services  to manage accounts, device registration, device state synchronization, and remote access);  and  including a hardware user access browser device that comprises a processor running an access browser (user smartphones/tablets running a web browser to access Tonal app and /or Tonal build in screen when it registers with / interacts with Tonal's cloud) |

| U.S. Patent No. 8,914,526 | **Tonal** |
|---|---|
| | # TONAL TERMS OF SERVICE 2018<br><br>**Effective October 28, 2018**<br><br>Please read these Terms of Service (the "Agreement") carefully. Your use of the Service (as defined below) constitutes your consent to this Agreement.<br><br>This Agreement is between you and Tonal, Inc. ("Tonal" or "we" or "us") concerning your use of (including any access to) the online services that Tonal makes available for use through the exercise equipment that it makes available, and any mobile app(s) that Tonal makes available for use in connection with such equipment (the "App") (collectively, together with any software, web pages, cloud services, content, and other materials and services available therein, and successor service(s) and app(s) thereto, the "Service"). This Agreement hereby incorporates by this reference any additional terms and conditions posted by Tonal through the Service, or otherwise made available to you by Tonal.<br><br>Source: https://tonal.com/pages/2018-terms-of-service?srsltid=AfmBOooT7YkyvPRai69pNR2bM8tCmVDkGwGnJEVdtJC0snsdZcOEqaO9<br><br>**When does my Tonal membership activate?**<br><br>After your Tonal is installed, you'll be prompted to create an account, enter your payment details, and agree to Tonal's Terms of Service to activate your membership. |

| U.S. Patent No. 8,914,526 | **Tonal** |
|---|---|
|  | Source: https://tonal.com/pages/membership Source: https://tonal.com/pages/membership |

| U.S. Patent No. 8,914,526 | **Tonal** |
|---|---|
| |

**IMMERSIVE DISPLAY**

A large, built-in screen lets you see your stats in real-time and makes our coaches feel like they're right at home with you.

Source: https://tonal.com/pages/equipment-overview |
| [57B] a plurality of second arrangements of processing circuitry each comprising at least one hardware processor programmed to control network access, each of at least a subset of which is located in a respective one of the user premises and part of the respective user premises network of the respective user premises; | The system includes a plurality of second arrangements (Tonal home gym equipment, for example Tonal 1, deployed in users' homes),

The gym equipment deployed in users' homes (each with embedded processors and network interfaces) and connected as devices on the user's home network (e.g., Wi-Fi router) to control network access (access your gym equipment). Each gym equipment is part of the user premises network and participates in network access under local control and Tonal cloud coordination. |

| U.S. Patent No. 8,914,526 | **Tonal** |
|---|---|
| | **WiFi Requirements**<br><br>🕐 Dec 12, 2022<br><br>Tonal requires a constant WiFi connection to access workout features and programs. Tonal cannot be used offline.<br><br>The minimum download speed required is 15 Mbps. While you can connect Tonal to both 2.4GHz and 5GHz networks, we recommend using 5GHz whenever possible.<br><br>We recommend testing the WiFi strength before installation to confirm a strong connection in the area. WiFi extenders or repeaters may vary in performance. If purchasing specifically for use with Tonal consider that you may need to try different brands or models of extenders or repeaters to find one that is suitable.<br><br>Source: https://knowledge.tonal.com/s/article/WiFi-Requirements |

| U.S. Patent No. 8,914,526 | **Tonal** |
|---|---|
| | <br>Source: https://knowledge.tonal.com/s/article/How-to-Troubleshoot-WiFi#Reset_Your_Wifi_Network |

| U.S. Patent No. 8,914,526 | Tonal |
|---|---|
| | **How to Troubleshoot WiFi**<br><br>🕐 Nov 23, 2023<br><br>If you're having wifi connectivity issues with your Tonal there are a couple things you can try to fix it. When you do, please keep the following in mind:<br><br>• Tonal needs a strong and consistent wifi connection to stream workouts and programs.<br><br>  If your Tonal connects to wifi but has weak or inconsistent signal strength, programs may not load, or the content may get choppy or stutter. We don't recommend attempting to use Tonal without a stable wifi connection—remember it can't be used offline.<br><br>Source: https://knowledge.tonal.com/s/article/How-to-Troubleshoot-WiFi |
| [57C] wherein:<br>said first circuitry arrangement is adapted by its programming to initiate an establishment of network connections to said second circuitry arrangements;; | The first circuitry arrangement (Tonal cloud services (Tonal app backend) is adapted by its programming to initiate an establishment of network connections to said second circuitry arrangements (use Tonal app to Access Tonal home gym equipment) |

| U.S. Patent No. 8,914,526 | **Tonal** |
|---|---|
| | <br><br>Source: https://tonal.com/pages/mobile |
| [57D] the user access browser located on the first network is usable, by input of Uniform Resource Locators (URL), for locating and examining information on said first network and said user premises networks; | The user access browser located on the first network is usable, by input of Uniform Resource Locators (URL), for locating and examining information on said first network and said user premises networks.<br><br>For example, Tonal's Service includes web pages and online services; users can access Tonal web resources via standard browser by URL and/or the Tonal app inputs URLs(e.g., choosing Tonal home gym equipment) cause the client to access predetermined URL/URI locations corresponding to those services/resources. |

| U.S. Patent No. 8,914,526 | **Tonal** |
| --- | --- |
| | **TONAL APP PUTS POWER IN YOUR HANDS**<br><br>Take Tonal with you on the go. Tonal's companion app makes it easy to browse and watch hundreds of guided workouts and programs, review detailed metrics from every workout, track your progress over time, and even create your own custom workouts.<br><br>Source: https://tonal.com/pages/mobile |

| U.S. Patent No. 8,914,526 | **<u>Tonal</u>** |
|---|---|



Source: https://tonal.com/blogs/all/product-news-progress-over-time

| U.S. Patent No. 8,914,526 | **Tonal** |
|---|---|
| | By Tonal Integration | April 27, 2020<br><br><br><br>**Reach your fitness goals faster with motivating metrics at your fingertips in the new Tonal mobile app.**<br><br>Source: https://tonal.com/blogs/all/the-tonal-mobile-app-redesigned |
| [57E] each of the at least the subset of second circuitry | Each of the at least the subset of second circuitry arrangements (Tonal home gym equipment.) is accessible by the first circuitry arrangement (The Tonal app) |

| U.S. Patent No. 8,914,526 | Tonal |
|---|---|
| arrangements is accessible by the first circuitry arrangement; | <br><br>Source: https://tonal.com/blogs/all/product-news-progress-over-time |
| [57F] responsive to user-input of a URL in accordance with which said user access browser accesses a | Responsive to user-input of a URL in accordance with which said user access browser accesses a predetermined location on said first network to which address the URL corresponds.<br><br>User navigation to Tonal's predetermined online service locations (Tonal web/app endpoints) triggers server-side processing for authenticated access, membership, content delivery, etc. |

| U.S. Patent No. 8,914,526 | Tonal |
|---|---|
| predetermined location on said first network to which address the URL corresponds, said first circuitry arrangement subsequently, by execution of its programming: determines which one of said user premises networks in which one of said second circuitry arrangements is located authorization data indicates authority to at least one of monitor and control; | **TONAL TERMS OF SERVICE 2020**<br><br>*Last Updated:* July 21st, 2020<br><br>Please read these Terms of Service (the "Agreement") carefully. Your use of the Service (as defined below) constitutes your consent to this Agreement.<br><br>This Agreement is between you and Tonal Systems, Inc. ("Tonal" or "we" or "us") concerning your use of (including any access to) the online services that Tonal makes available for use through the exercise equipment that it makes available, and any mobile app(s) that Tonal makes available for use in connection with such equipment (the "App") (collectively, together with any software, web pages, cloud services, content, and other materials and services available therein, and successor service(s) and app(s) thereto, the "Service"). This Agreement hereby incorporates by this reference any additional terms and conditions posted by Tonal through the Service, or otherwise made available to you by Tonal.<br><br>Source: https://tonal.com/pages/2020-terms-of-service<br>Said first circuitry arrangement subsequently, by execution of its programming: determines which one of said user premises networks in which one of said second circuitry arrangements is located authorization data indicates authority to at least one of monitor and control;<br><br>User authorization / premises selection is account-based: user must create/log into a Tonal account on the local touchscreen. Tonal membership is tied to a specific installed Tonal (primary vs secondary residence), and Tonal prompts deactivation at a primary residence when signing in at a secondary residence (i.e., Tonal determines which Tonal installation is authorized for that account at that moment). |

| U.S. Patent No. 8,914,526 | **Tonal** |
|---|---|
| | ACCOUNT MANAGEMENT<br><br>To get started, create an account. Log in if you've previously trained with Tonal. Remember to log out after each workout if sharing Tonal with others.<br><br>Source: https://prod-www.tonal.com/docs/TonalGuide.pdf<br><br>**If I have more than one Tonal, do I need a membership for both?**<br><br>Your Tonal membership can only be active on one Tonal at a time. However, you can use the same membership if you live in multiple places throughout the year and want Tonal installed in each location. You will be prompted to deactivate your Tonal at your primary residence when you sign in to the Tonal at your secondary residence. If you want both Tonals active at the same time, you will need two separate memberships.<br><br>Source: https://tonal.com/pages/membership |
| [57G] initiates an establishment of a network connection to said one of said second circuitry arrangements to create a new communications session for a temporary interconnection between said first | Initiates an establishment of a network connection to said one of said second circuitry arrangements to create a new communications session for a temporary interconnection between said first network and said determined one of said user premises networks to at least one of control and monitor operation of at least one of the one or more devices of said user premises network, by which communications session the first network.<br><br>When a user logs in / uses Tonal (local touchscreen UI), Tonal's cloud service requires an always-on WiFi/online connection for core functionality (workout access, history tracking, software/firmware updates). In response to user login/use, Tonal's cloud service and the in-home Tonal trainer establish network communications over WiFi (a new communications session / temporary interconnection) to deliver workouts/content and to synchronize workout history and |

| U.S. Patent No. 8,914,526 | Tonal |
|---|---|
| network and said determined one of said user premises networks to at least one of control and monitor operation of at least one of the one or more devices of said user premises network, by which communications session the first network: | updates. Tonal can be put in standby mode to maintain a WiFi connection and receive updates, evidencing ongoing network connectivity between the Tonal trainer and Tonal's external services.<br><br>**STAY CONNECTED**<br><br>Tonal requires a consistent WiFi connection to access the latest workouts, track your workout history, and receive software updates. Put Tonal in standby mode using the sleep button to maintain a WiFi connection and receive updates. Do not leave Tonal unattended while in the unstowed position.<br><br>Source: https://prod-www.tonal.com/docs/TonalGuide.pdf<br><br>**SOFTWARE MAINTENANCE**<br><br>Tonal receives automatic software and firmware updates. To ensure you have the latest version of the Tonal software available -- including new workouts and programs -- maintain a consistent WiFi connection.<br><br>Source: https://prod-www.tonal.com/docs/TonalGuide.pdf |

| U.S. Patent No. 8,914,526 | Tonal |
|---|---|
| | **How to Troubleshoot WiFi**<br><br>🕐 Nov 23, 2023<br><br>If you're having wifi connectivity issues with your Tonal there are a couple things you can try to fix it. When you do, please keep the following in mind:<br><br>• Tonal needs a strong and consistent wifi connection to stream workouts and programs.<br><br>If your Tonal connects to wifi but has weak or inconsistent signal strength, programs may not load, or the content may get choppy or stutter. We don't recommend attempting to use Tonal without a stable wifi connection—remember it can't be used offline.<br><br>Source: https://knowledge.tonal.com/s/article/How-to-Troubleshoot-WiFi |
| [57H] obtains information contained within the user premises network from the second circuitry arrangement of the determined user premises network; and | Obtains information contained within the user premises network from the second circuitry arrangement of the determined user premises network.<br><br>  Tonal's cloud service obtains information from the in-home Tonal trainer (a device on the user premises network), including workout history / performance metrics and other data collected during use, and makes that information available back to the user via the Tonal UI and services |

| U.S. Patent No. 8,914,526 | **Tonal** |
|---|---|
| | **STAY CONNECTED**<br><br>Tonal requires a consistent WiFi connection to access the latest workouts, track your workout history, and receive software updates. Put Tonal in standby mode using the sleep button to maintain a WiFi connection and receive updates. Do not leave Tonal unattended while in the unstowed position.<br><br>Source: https://prod-www.tonal.com/docs/TonalGuide.pdf |

| U.S. Patent No. 8,914,526 | **Tonal** |
|---|---|
| | Source: https://tonal.com/pages/membership |
| [57I] using a web server, serves to the user access browser the information from the second circuitry arrangement of the determined user premises network; | Using a web server,  serves to the user access browser the information from the second circuitry arrangement of the determined user premises network;<br><br>Tonal's "Service" is explicitly delivered via online services, web pages, cloud services and content made available through the Tonal equipment and mobile app(s). Tonal's servers/web services therefore serve content and user information to the user interface (Tonal mobile apps). |

| U.S. Patent No. 8,914,526 | **Tonal** |
|---|---|
| | **TONAL TERMS OF SERVICE 2020**<br><br>*Last Updated:* **July 21st, 2020**<br><br>Please read these Terms of Service (the "Agreement") carefully. Your use of the Service (as defined below) constitutes your consent to this Agreement.<br><br>This Agreement is between you and Tonal Systems, Inc. ("Tonal" or "we" or "us") concerning your use of (including any access to) the online services that Tonal makes available for use through the exercise equipment that it makes available, and any mobile app(s) that Tonal makes available for use in connection with such equipment (the "App") (collectively, together with any software, web pages, cloud services, content, and other materials and services available therein, and successor service(s) and app(s) thereto, the "Service"). This Agreement hereby incorporates by this reference any additional terms and conditions posted by Tonal through the Service, or otherwise made available to you by Tonal.<br><br>Source: https://tonal.com/pages/2020-terms-of-service |

| U.S. Patent No. 8,914,526 | **Tonal** |
|---|---|
| | **STAY CONNECTED**<br><br>Tonal requires a consistent WiFi connection to access the latest workouts, track your workout history, and receive software updates. Put Tonal in standby mode using the sleep button to maintain a WiFi connection and receive updates. Do not leave Tonal unattended while in the unstowed position.<br><br>Source: https://prod-www.tonal.com/docs/TonalGuide.pdf |
| [57J] the communications session provides a seamless access to information stored on said determined one of said user premises networks from said user access browser; and | The communications session provides a seamless access to information stored on said determined one of said user premises networks from said user access browser.<br><br>Tonal experience is designed as an integrated, connected system: user interacts with the display and receives real-time stats/coaching and personalized features without separate manual network steps. |

| U.S. Patent No. 8,914,526 | **Tonal** |
|---|---|
| |  Source: https://tonal.com/pages/technology |
| [57K]the at least one of control and monitoring of the at least one device using the first circuitry arrangement is possible only by interaction with information served by said one of said second circuitry arrangements. | The at least one of control and monitoring of the at least one device using the first circuitry arrangement is possible only by interaction with information served by said one of said second circuitry arrangements.<br><br>Tonal system is controlled/monitored through Tonal's interactive UI and connected service features (guided workouts, personalization, progress tracking), rather than via generic "manual-only" operation. |

| U.S. Patent No. 8,914,526 | **<u>Tonal</u>** |
|---|---|
| | **TURNING WEIGHT ON/OFF**<br><br>Smart accessories allow you to turn weight on or off once in position. Personalize your workout and start the set when you feel ready. See specific instructions for each accessory.<br><br>Source: https://prod-www.tonal.com/docs/TonalGuide.pdf<br><br>**FREE LIFT MODE**<br><br>Looking to do your own workout? Use Free Lift mode! Adjust the weight dial, select a movement, and begin your set.<br><br>Source: https://prod-www.tonal.com/docs/TonalGuide.pdf |

| U.S. Patent No. 8,914,526 | **Tonal** |
|---|---|
| | <br><br>**SMART HANDLES**<br>Unlock a range of single- and two-arm moves. Turn weight on and off with the press of a button.<br><br>**HIGH-RESOLUTION CAMERA**<br>The built-in Smart View camera lets Tonal analyze your movement and provide coaching cues in real-time or after your workout.<br><br>**SMART BAR + CONTROL MODULE**<br>Perform bar-based moves like bench press and deadlifts. Turn weight on and off with the press of a button.<br><br>Source: https://tonal.com/pages/equipment-overview |