# EXHIBIT D

**Portus Singapore Pte Ltd. v. Tonal**
**Infringement Chart for U.S. Patent No9,961,097**

| U.S. Patent No. 9,961,097 | **Tonal** |
|---|---|
| 1. A system for remote access of a user premises comprising: | Tonal Systems, Inc. provides a system for remote access of user premises networks located in respective user premises. |
| | Tonal home gym equipment deployed within a home (user premises) and connected to Tonal services for remote monitoring of the home gym equipment.( for remote access of user premises networks located in respective user premises). |
| | |
| | Source: https://tonal.com/pages/equipment-overview |
| | During August 2018, Tonal 1is Officially Launched. |

| U.S. Patent No. 9,961,097 | **Tonal** |
|---|---|
| | <br><br>Source: https://techcrunch.com/2018/08/16/tonal-launches-at-home-digital-strength-training-system/ |

| U.S. Patent No. 9,961,097 | **<u>Tonal</u>** |
|---|---|
| |

### TONAL PRIVACY POLICY 2020

*Last Updated:* **July 21st, 2020**

Tonal Systems, Inc. wants you to be familiar with how we collect, use and disclose information. This Privacy Policy describes <u>our practices in connection with information that we collect:</u>

- Through our website at tonal.com (the **"Site"**),
- <u>Through the fitness equipment made available by us for your use in workouts</u> (the **"Equipment"**),
- Through the software applications made available by us for use on or through computers and mobile devices (the **"Apps"**),

Source: https://tonal.com/pages/2020-privacy-policy

### TONAL APP PUTS POWER IN YOUR HANDS

Take Tonal with you on the go. Tonal's companion app makes it easy to browse and watch hundreds of guided workouts and programs, review detailed metrics from every workout, track your progress over time, and even create your own custom workouts.

Source: https://tonal.com/pages/mobile |

| U.S. Patent No. 9,961,097 | **Tonal** |
|---|---|
| [1A] a first hardware processing circuitry running an access browser module; a second hardware processing circuitry located in a first network; and | The system includes a first hardware processing circuitry running an access browser module (user smartphones/tablets running a web browser to access Tonal app and /or Tonal build in screen when it registers with / interacts with Tonal's cloud), a second hardware processing circuitry (Tonal cloud services) located in a first network (Tonal cloud services network)<br><br>**TONAL TERMS OF SERVICE 2018**<br><br>**Effective October 28, 2018**<br><br>Please read these Terms of Service (the "Agreement") carefully. Your use of the Service (as defined below) constitutes your consent to this Agreement.<br><br>This Agreement is between you and Tonal, Inc. ("Tonal" or "we" or "us") concerning your use of (including any access to) the online services that Tonal makes available for use through the exercise equipment that it makes available, and any mobile app(s) that Tonal makes available for use in connection with such equipment (the "App") (collectively, together with any software, web pages, cloud services, content, and other materials and services available therein, and successor service(s) and app(s) thereto, the "Service"). This Agreement hereby incorporates by this reference any additional terms and conditions posted by Tonal through the Service, or otherwise made available to you by Tonal.<br><br>Source: https://tonal.com/pages/2018-terms-of-service?srsltid=AfmBOooT7YkyvPRai69pNR2bM8tCmVDkGwGnJEVdtJC0snsdZcOEqaO9 |

| U.S. Patent No. 9,961,097 | **Tonal** |
|---|---|
| | **When does my Tonal membership activate?**<br><br>After your Tonal is installed, you'll be prompted to create an account, enter your payment details, and agree to Tonal's Terms of Service to activate your membership.<br><br>Source: https://tonal.com/pages/membership<br><br><br><br>**IMMERSIVE DISPLAY**<br><br>A large, built-in screen lets you see your stats in real-time and makes our coaches feel like they're right at home with you.<br><br>Source: https://tonal.com/pages/equipment-overview |
| [1B] a connection | Tonal home gym equipment acts as a connection gateway that is located in, and is part of a local network of, the user premises; |

| U.S. Patent No. 9,961,097 | **<u>Tonal</u>** |
|---|---|
| gateway that is located in, and is part of a local network of, the user premises; | For Example, Tonal home gym equipment has Wifi connection which can manage smart device (such as smart handles, camera, smart bar), Tonal home gym equipment  is a connection gateway between Tonal cloud and smart device<br><br>**WiFi Requirements**<br><br>🕐 Dec 12, 2022<br><br>Tonal requires a constant WiFi connection to access workout features and programs. Tonal cannot be used offline.<br><br>The minimum download speed required is 15 Mbps. While you can connect Tonal to both 2.4GHz and 5GHz networks, we recommend using 5GHz whenever possible.<br><br>We recommend testing the WiFi strength before installation to confirm a strong connection in the area. WiFi extenders or repeaters may vary in performance. If purchasing specifically for use with Tonal consider that you may need to try different brands or models of extenders or repeaters to find one that is suitable.<br><br>Source: https://knowledge.tonal.com/s/article/WiFi-Requirements |

| U.S. Patent No. 9,961,097 | **Tonal** |
|---|---|
| | **SMART HANDLES** Unlock a range of single- and two-arm moves. Turn weight on and off with the press of a button. **HIGH-RESOLUTION CAMERA** The built-in Smart View camera lets Tonal analyze your movement and provide coaching cues in real-time or after your workout. **SMART BAR + CONTROL MODULE** Perform bar-based moves like bench press and deadlifts. Turn weight on and off with the press of a button. <br><br> Source: https://tonal.com/pages/equipment-overview |
| [1C] wherein: the second hardware processing circuitry is external to the user premises, is accessible via the access browser module, and is configured to communicate on-demand with the connection gateway; | The second hardware processing circuitry (Tonal cloud services) is external to the user premises, is accessible via the access browser module (user's phone/tablet (Tonal app); and Build-in screen of the Tonal home gym equipment), and is configured to communicate on-demand with the connection gateway; |

| U.S. Patent No. 9,961,097 | **Tonal** |
|---|---|
|  | Source: https://tonal.com/pages/technology |

| U.S. Patent No. 9,961,097 | **Tonal** |
|---|---|
| | **TURNING WEIGHT ON/OFF**<br><br>Smart accessories allow you to turn weight on or off once in position. Personalize your workout and start the set when you feel ready. See specific instructions for each accessory.<br><br>Source: https://prod-www.tonal.com/docs/TonalGuide.pdf<br><br>**FREE LIFT MODE**<br><br>Looking to do your own workout? Use Free Lift mode! Adjust the weight dial, select a movement, and begin your set.<br><br>Source: https://prod-www.tonal.com/docs/TonalGuide.pdf |
| [1D] the connection gateway is integrated with or communicatively coupled to one or more networked components of the local network of the user premises; and | the connection gateway (Tonal home gym equipment) is integrated with or communicatively coupled to one or more networked components (smart device (such as smart handles, camera, smart bar)) of the local network of the user premises; |

| U.S. Patent No. 9,961,097 | **<u>Tonal</u>** |
|---|---|
| |

**SMART HANDLES**

Unlock a range of single- and two-arm moves. Turn weight on and off with the press of a button.

**HIGH-RESOLUTION CAMERA**

The built-in Smart View camera lets Tonal analyze your movement and provide coaching cues in real-time or after your workout.

**SMART BAR + CONTROL MODULE**

Perform bar-based moves like bench press and deadlifts. Turn weight on and off with the press of a button.

Source: https://tonal.com/pages/equipment-overview

**TURNING WEIGHT ON/OFF**

Smart accessories allow you to turn weight on or off once in position. Personalize your workout and start the set when you feel ready. See specific instructions for each accessory.

Source: https://prod-www.tonal.com/docs/TonalGuide.pdf |

| U.S. Patent No. 9,961,097 | **Tonal** |
|---|---|
| | **FREE LIFT MODE**<br><br>Looking to do your own workout? Use Free Lift mode! Adjust the weight dial, select a movement, and begin your set.<br><br>Source: https://prod-www.tonal.com/docs/TonalGuide.pdf |
| [1E] the system is configured such that user-input of a Uniform Resource Locator (URL), in accordance with which the first hardware processing circuitry, using the access browser module, accesses an address on the first network, begins a sequence in which the second hardware processing circuitry responsively serves to the first hardware processing circuitry, via the access browser module, information regarding at least one of the one or more networked components of the local network, which information the second hardware processing circuitry obtains from the connection gateway | the system is configured such that user-input of a Uniform Resource Locator (URL), in accordance with which the first hardware processing circuitry, using the access browser module, accesses an address on the first network.<br><br>For example, Tonal's Service includes web pages and online services; users can access Tonal web resources via standard browser by URL and/or the Tonal app inputs URLs(e.g., choosing Tonal home gym equipment) cause the client to access predetermined URL/URI locations corresponding to those services/resources. |

| U.S. Patent No. 9,961,097 | Tonal |
|---|---|
| without a direct communicative coupling between the second hardware processing circuitry and the at least one networked component of the local network, | <br><br>Source:<br>https://tonal.auth0.com/u/login?state=hKFo2SAyTGFkYWVJWTBCbXFuemUwTEFXM1gyQjRYOHI3VHJaNaFur3VuaXZlcnNhbC1sb2dpbqN0aWTZIExmSUNZTy1fMjNnbW02OU0tX3oxNlV0SGxvUzNWOFd0o2NpZNkgOVJWVFFaak1lUEliV2RCSDZnYlY0R1dLbmhVTFhwQ0w |

| U.S. Patent No. 9,961,097 | **Tonal** |
|---|---|
| | **TONAL APP PUTS POWER IN YOUR HANDS**<br><br>Take Tonal with you on the go. Tonal's companion app makes it easy to browse and watch hundreds of guided workouts and programs, review detailed metrics from every workout, track your progress over time, and even create your own custom workouts.<br><br>Source: https://tonal.com/pages/mobile<br><br>Begins a sequence in which the second hardware processing circuitry(Tonal cloud services)  responsively serves to the first hardware processing circuitry, via the access browser module, information regarding at least one of the one or more networked components of the local network, which information the second hardware processing circuitry obtains from the connection gateway without a direct communicative coupling between the second hardware processing circuitry (Tonal cloud services)   and the at least one networked component (smart device) of the local network. |

| U.S. Patent No. 9,961,097 | **<u>Tonal</u>** |
|---|---|
| | <br><br>Source: https://tonal.com/pages/membership |

| U.S. Patent No. 9,961,097 | **<u>Tonal</u>** |
|---|---|
| | **TURNING WEIGHT ON/OFF**<br><br>Smart accessories allow you to turn weight on or off once in position. Personalize your workout and start the set when you feel ready. See specific instructions for each accessory.<br><br>Source: https://prod-www.tonal.com/docs/TonalGuide.pdf |
| [1F] wherein the sequence includes the first hardware processing circuitry transmitting to the second hardware processing circuitry authentication data indicating authority to access the at least one networked component of the local network, the transmission of the authentication data being required for the serving of the information to the first hardware processing circuitry, and wherein: | The sequence includes the first hardware processing circuitry transmitting to the second hardware processing circuitry authentication data (Tonal Account ) indicating authority to access the at least one networked component of the local network, the transmission of the authentication data being required for the serving of the information to the first hardware processing circuitry,<br><br>Once a Tonal home gym equipment is registered to a user account, the tonal services can remotely access that equipment for monitoring and control functions through the Tonal app or web portal.<br><br>**When does my Tonal membership activate?**<br><br>After your Tonal is installed, you'll be prompted to create an account, enter your payment details, and agree to Tonal's Terms of Service to activate your membership.<br><br>Source: https://tonal.com/pages/membership |

| U.S. Patent No. 9,961,097 | **Tonal** |
|---|---|
| | **ACCOUNT MANAGEMENT**<br><br>To get started, create an account. Log in if you've previously trained with Tonal. Remember to log out after each workout if sharing Tonal with others.<br><br>Source: https://prod-www.tonal.com/docs/TonalGuide.pdf |
| [1G] the user premises is one of a plurality of user premises;<br>the connection gateway is one of a plurality of connection gateways, each of which is located in, and is part of a respective local network of, a respective one of the plurality of user premises, and to each of which the second hardware processing circuitry is configured to connect; and | The user premises is one of a plurality of user premises (the system can control several home), each home is a user premise. The connection gateway is one of a plurality of connection gateways, each of which is located in, and is part of a respective local network of, a respective one of the plurality of user premises ( each home can have a  Tonal home gym equipment), and to each of which the second hardware processing circuitry (Tonal cloud services) is configured to connect.<br><br>**If I have more than one Tonal, do I need a membership for both?**<br><br>Your Tonal membership can only be active on one Tonal at a time. However, you can use the same membership if you live in multiple places throughout the year and want Tonal installed in each location. You will be prompted to deactivate your Tonal at your primary residence when you sign in to the Tonal at your secondary residence. If you want both Tonals active at the same time, you will need two separate memberships.<br><br>Source: https://tonal.com/pages/membership |

| U.S. Patent No. 9,961,097 | **Tonal** |
|---|---|
| [1H] the sequence further including the second hardware processing circuitry determining which one of the local networks the authentication data indicates authority to access, | The sequence further including the second hardware (Tonal cloud services) processing circuitry determining which one of the local networks the authentication data indicates authority to access, (Tonal home gym equipment registered to Tonal account can be accessed)<br><br>**If I have more than one Tonal, do I need a membership for both?**<br><br>Your Tonal membership can only be active on one Tonal at a time. However, you can use the same membership if you live in multiple places throughout the year and want Tonal installed in each location. You will be prompted to deactivate your Tonal at your primary residence when you sign in to the Tonal at your secondary residence. If you want both Tonals active at the same time, you will need two separate memberships.<br><br>Source: https://tonal.com/pages/membership<br><br><br><br>**TONAL APP PUTS POWER IN YOUR HANDS**<br><br>Take Tonal with you on the go. Tonal's companion app makes it easy to browse and watch hundreds of guided workouts and programs, review detailed metrics from every workout, track your progress over time, and even create your own custom workouts.<br><br>Source: https://tonal.com/pages/mobile |
| [1I] the sequence further including the second hardware processing circuitry establishing a new communication | The sequence further including the second hardware processing circuitry establishing a new communication session between the first hardware processing circuitry and the connection gateway of the respective local network that the authentication data indicates authority to access upon verification of the authentication data, |

| U.S. Patent No. 9,961,097 | **Tonal** |
|---|---|
| session between the first hardware processing circuitry and the connection gateway of the respective local network that the authentication data indicates authority to access upon verification of the authentication data, and | The device registered to Tonal account can be controlled means after registered, the second hardware processing circuitry must establish a new communication session between the first hardware processing circuitry and the connection gateway of the respective local network that the authentication data indicates authority to access upon verification of the authentication data.  Source: https://tonal.com/pages/technology |
| [1J] wherein the second hardware processing circuitry receives, via the connection gateway, selected information from at least one of the | The second hardware processing circuitry receives, via the connection gateway, selected information from at least one of the networked components (smart device controlled by the Tonal home gym equipment) of the local network of the user premises, and stores the selected information in the first network for subsequent review (monitored ) by a user associated with the user premises, without requiring the user to provide the authentication data |

| U.S. Patent No. 9,961,097 | Tonal |
|---|---|
| networked components of the local network of the user premises, and stores the selected information in the first network for subsequent review by a user associated with the user premises, without requiring the user to provide the authentication data, and | **TURNING WEIGHT ON/OFF**<br><br>Smart accessories allow you to turn weight on or off once in position. Personalize your workout and start the set when you feel ready. See specific instructions for each accessory.<br><br>Source: https://prod-www.tonal.com/docs/TonalGuide.pdf<br><br>**FREE LIFT MODE**<br><br>Looking to do your own workout? Use Free Lift mode! Adjust the weight dial, select a movement, and begin your set.<br><br>Source: https://prod-www.tonal.com/docs/TonalGuide.pdf |

| U.S. Patent No. 9,961,097 | **Tonal** |
|---|---|
| | <br><br>Source: https://tonal.com/pages/technology |
| [1K] wherein the authority to access the at least one networked component of the local network by transmitting the authentication data also provides authority to access and review the previously stored selected information in the first network via the access browser module. | The authority to access the at least one networked component of the local network by transmitting the authentication data also provides authority to access and review the previously stored selected information (track work out history) in the first network via the access browser module (Tonal app) |

| U.S. Patent No. 9,961,097 | **Tonal** |
|---|---|
| | **STAY CONNECTED**<br><br>Tonal requires a consistent WiFi connection to access the latest workouts, track your workout history, and receive software updates. Put Tonal in standby mode using the sleep button to maintain a WiFi connection and receive updates. Do not leave Tonal unattended while in the unstowed position.<br><br>Source: https://prod-www.tonal.com/docs/TonalGuide.pdf |